497 A.2d 611

## RICHARDS ENSIGN SURGICAL SUPPLY CORPORATION, Appellant

v.

## RICHARDS MANUFACTURING COMPANY, INC., William M. Rorer, Inc., and Rorer Group, Inc.

Supreme Court of Pennsylvania.

Argued Sept. 17, 1985.

Decided Sept. 18, 1985.

Chester S. Fossee, Reale, Fossee & Ferry P.C., Pittsburgh, for appellant.

Howard D. Schwartz, Eckert, Seamans, Cherin & Mellott, Pittsburgh, for appellees.

Before NIX, C.J., and LARSEN, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

### ORDER

PER CURIAM.

AFFIRMED.

FLAHERTY, J., did not participate in the consideration or decision of this case.

LARSEN, J., dissents.